No. 85–2020.  EMBURY v. SUPREME COURT OF COLORADO ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 85–2021.  GREER v. UNITED STATES.  Ct. Mil. App. Certiorari denied.

No. 85–2022.  INTERSTATE NATURAL GAS ASSOCIATION OF AMERICA ET AL. v. FEDERAL ENERGY REGULATORY COMMISSION.  C. A. 10th Cir.  Certiorari denied.

No. 85–2024.  BAIE v. SECRETARY OF DEFENSE.  C. A. 9th Cir.  Certiorari denied.

No. 85–2025.  PERNA v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 85–2026.  MICHIGAN v. JOHNSON.  Ct. App. Mich.  Certiorari denied.

No. 85–2029.  PADIN v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 85–2030.  ROLAND ET AL. v. KLINGENBERG.  Ct. App. Ky.  Certiorari denied.

No. 85–2032.  KUPAU v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 85–2035.  SIEGER v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 85–2036.  UNION ELECTRIC CO. v. HARRIS ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 85–2037.  BRADY v. COURT OF APPEAL OF CALIFORNIA, FOURTH APPELLATE DISTRICT, ET AL.  Sup. Ct. Cal.  Certiorari denied.

No. 85–2038.  KISER v. SOUTH CAROLINA.  Sup. Ct. S. C. Certiorari denied.

No. 85–2040.  MURFF, ADMINISTRATOR OF THE ESTATE OF MURFF, ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.